UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Nikilyn Bower

CASE NO. 5:09-cv-2113

Plaintiff(s),

v.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Medtronic, Inc., et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)  (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓  Private ADR *(please identify process and provider)*  Because this litigation is at an early stage and the parties are discussing possible informal resolution, the parties agree that this case is not yet ripe for any ADR process. Accordingly, the parties request that the Court allow the parties to postpone any ADR process at this time while the parties continue to discuss potential resolution of this matter outside of court.

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓  other requested deadline  For the above reasons, the parties request that the Court postpone its order on ADR at this time, as well as the time by which the parties must engage in same.

Dated: 11/16/09

/s/ Robert H. Bohn
Attorney for Plaintiff
Nikilyn Bower

Dated: 11/13/09

/s/ Dana A. Blanton
Attorney for Defendants
Reed Smith LLP
Medtronic, Inc. and Medtronic
Sofamor Danek, Inc.

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[~~PROPOSED~~] ORDER

  Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓   Private ADR

  Deadline for ADR session
    90 days from the date of this order.
✓  other until further update from the parties as to status of informal efforts to resolve matter outside of court. Parties shall update court on these efforts no later than at the December 7, 2009 status conference.

IT IS SO ORDERED.

Dated: December 2, 2009

*/s/ James Ware*
UNITED STATES DISTRICT JUDGE