Dana A. Blanton (SBN 232373)
REED SMITH LLP
101 Second Street, Ste. 1800
San Francisco, CA 94105
Telephone:   415.543.8700
Facsimile:    415.391.8269
Email: dblanton@reedsmith.com

Michael K. Brown (SBN 104252)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone:   213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com;
gheyman@reedsmith.com

Attorneys for Defendant
Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKILYN BOWER,<br><br>            Plaintiff,<br><br>   vs.<br><br>MEDTRONIC, INC., et al.,<br><br>            Defendants. | No.: 5:09-cv-2113-JW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff Nikilyn Bower and defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc., by and through their undersigned attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff's Complaint shall be dismissed with prejudice. Each party shall bear its own costs, fees and expenses, including attorneys' fees, in connection with this voluntary dismissal. Judgment of dismissal with prejudice may be entered hereon pursuant hereto without further notice.

DATED: November 30, 2009

BOHN & BOHN LLP

By /s/ Robert H. Bohn
Robert H. Bohn
Attorney for Plaintiff Nikilyn Bower

DATED: November 20, 2009.

REED SMITH LLP

By /S/ Dana A. Blanton
Michael K. Brown
Ginger H. Pigott
Dana A. Blanton
Attorneys for Defendants
Medtronic Inc. and Medtronic Sofamor Danek USA, Inc.

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Clerk shall close this file.

DATED: December 16, 2009

James Ware
JAMES WARE
UNITED STATES DISTRICT JUDGE

US_ACTIVE-102714073.1

- 1 -
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE